IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PLATINUM TELECOM, LLC | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:24-cv-3013 |
| | § | |
| v. | § | JURY |
| | § | |
| AT&T CORP. | § | |
| | § | |
| Defendant. | § | |

## MEDIATION STATUS REPORT

The Parties file this Mediation Status Report to advise the Court that Plaintiff Platinum Telecom, LLC and Defendant AT&T Corp. attended in-person mediation in Dallas, Texas with mediator John DeGroote on February 17, 2026 and continued settlement discussions beyond that date to February 24, 2026 at which time the Parties reached an impasse.

Dated: February 25, 2026

        Respectfully submitted,

        THE VERDE LAW FIRM, PLLC
        By: */s/ Joshua A. Verde*
            Joshua A. Verde
            State Bar No. 24077590
            Fed. ID No. 1760723
            12012 Wickchester Ln., Suite 330
            Houston, TX  77079
            713-909-4347
            Email: josh@verde-law.com

        **ATTORNEYS FOR PLAINTIFF**

**KILPATRICK TOWNSEND & STOCKTON LLP**

By: /s/ Thomas M. Clyde (*by permission*)
    Thomas M. Clyde (Attorney in Charge)
    Georgia Bar No. 170955 (pro hac vice)
    tclyde@ktslaw.com
    Lesli N. Gaither
    Georgia Bar No. 621501 (pro hac vice)
    lgaither@ktslaw.com
    1100 Peachtree Street, Suite 2800
    Atlanta, Georgia 30309
    (281) 809-4080 | Telephone

    Patrick E. Gaas
    Texas Bar No. 07562790
    pgaas@ktslaw.com
    Courtney M. Lynch
    Texas Bar No. 24093535
    cmlynch@ktslaw.com
    700 Louisiana Street, Suite 4300
    Houston, Texas 77002
    (281) 809-4080 | Telephone

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by the Court's CM/ECF system on the February 25, 2026, to all counsel of record, including to the following:

Thomas M. Clyde (Attorney in Charge)
tclyde@ktslaw.com
Lesli N. Gaither
lgaither@ktslaw.com
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

                                                  */s/ Joshua A. Verde*
                                                  Joshua A. Verde